IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Chapter 11

In re:

LERNOUT & HAUSPIE SPEECH PRODUCTS N.V.,

Case No. 00-4398 (JHW)

Debtor.

_____/

GFK MARKETING SERVICES GMBH & CO.KG
ATTN: MANAGING DIRECTORS
NORDWESTRING 101
NUERNBERG 90319
GERMANY

Claim No.: 4603.00

FILED 2004 NOV 19 PM 11:25 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

## RESPONSE FORM FOR CLAIMANTS

Scott L. Baena, as Plan Administrator of Post Effective Date Lernout & Hauspie Speech Products N.V. ("L&H NV"), in the above-captioned case, has objected to your Claim(s) on the grounds set forth in the accompanying objection (the "Objection").

### A. INFORMATION AND INSTRUCTIONS

1. This form should be returned only if you contest the Objection to your Claim(s). If you do not oppose the relief sought in the Objection, do not return this form.

2. If you want to contest the objection, you must request a hearing. To request a hearing, please return this form (which has your Claim number, name, and address printed on it) to the Clerk's Office at the address provided in paragraph 5 below. This form must be **RECEIVED** by the Clerk's Office and the other parties identified in paragraph 5 below by **November 22, 2004 at 4:00 p.m. (New York Time).**

3. Unless you return this form so that it is **RECEIVED by November 22, 2004 at 4:00 p.m. (New York Time)**, L&H NV may seek entry of an order granting the relief sought in the Objection, and the Court may enter such order, all without further notice to you. This may entail partial or total disallowance of your Clams as set forth in the Objection.

4. If you request a hearing, you will be sent notice of the hearing time and place at least thirty (30) days in advance of the hearing.

## B. REQUEST FOR A HEARING

I contest: the objection, am filing a Response Form, and will attend the Hearing (either in person or by telephone).

Managing Directors Gunter Redwitz & Werner Winkler   15.11.2004
Signature (Claimant or Authorized Agent)                Date

## C. SERVICE ADDRESS CONFIRMATION

PLEASE MAIL ALL FURTHER CORRESPONDENCE OR LEGAL NOTICES TO:

(Check one)

_____ the address printed above OR __x__ the following address:

Name of Claimant: Roy Walsh, GfK AG
c/o Agent or Representative (if applicable)

Address         101 Nordwestring

City State      90319 Nuernberg, Germany

Zip Code        _____

Business Tel.: ( ) Germany 011-49-911-3953533

Home Tel.: ( ) _____